FILED
11/25/2020 4:50 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

2020L012661

IN THE CIRCUIT COURT OF COOK COUNTY, ILLNOIS
COUNTY DEPARTMENT, LAW DIVISON

SYLVIA GONZALEZ, )
)
          Plaintiff, )
)
vs. ) No.
)
DOLLAR TREE STORES, INC. d/b/a )
DOLLAR TREE, )
)
          Defendant. )

## COMPLAINT

NOW COMES the Plaintiff, SYLVIA GONZALEZ, by and through her attorneys, CARY J. WINTROUB & ASSOCIATES, and complaining of the Defendant, DOLLAR TREE STORES, INC., states as follows:

1. That on or about December 3, 2018, and for some time prior and subsequent thereto, the Defendant, DOLLAR TREE STORES, INC., was a foreign corporation, registered to do business in the State of Illinois.

2. That on or about December 3, 2018, and for some time prior and subsequent thereto, the Defendant, DOLLAR TREE STORES, INC. owned, operated, managed, maintained and controlled the premises, d/b/a DOLLAR TREE, located at 4840 West 211th Street, in the City of Matteson, County of Cook and State of Illinois.

3. That it then and there because and was the duty of the Defendant, DOLLAR TREE STORES, INC., individually, and by and through its agents, servants and employees, to exercise reasonable and ordinary care and caution in the about the ownership, operation, management, maintenance and control of said premises so that same would be in a good, safe and proper condition for persons legally and lawfully in and upon said premises.

**Exhibit A**

4. That on or about December 3, 2018, the Plaintiff, SYLVIA GONZALEZ, was a customer, patron and business invitee of the Defendant, DOLLAR TREE STORES, INC. and was legally and lawfully in and upon the aforesaid premises.

5. That at the time and place aforesaid, as the Plaintiff, SYLVIA GONZALEZ, was shopping in Defendant's store, when a shelf fell on top of her.

6. That at the time and place aforesaid, the Defendant, DOLLAR TREE STORES, INC, individually and by and through its agents, servants and employees, carelessly and negligently acted or failed to act in one or more of the following ways:

    (a) Improperly operated, managed, maintained and controlled said premises so that as a direct result thereof the Plaintiff was injured;

    (b) Failed to provide a good, same and proper place for the Plaintiff to be, use and occupy while on their premises;

    (c) Failed to safely stock merchandise on shelving that was accessible to the customers;

    (d) Failed to safely stock/display merchandise for purchase;

    (e) Failed to maintain shelving units upon their premises to be certain same was in a good, safe and proper condition;

    (f) Failed to inspect said premises to be certain same was in a good, safe and proper condition; and/or

    (g) Failed to warn the Plaintiff of said condition.

7. That as a direct and proximate result of one or more of the aforesaid careless and/or negligent acts of the Defendant, DOLLAR TREE STORES, INC., individually and by and through its agents, servants and employees, the Plaintiff, SYLVIA GONZALEZ, suffered and will, in the future, suffer injuries of a personal, permanent and pecuniary nature.

WHEREFORE, Plaintiff, SLYVIA GONZALEZ, prays for the entry of judgment against the Defendant, DOLLAR TREE STORES, INC.., in an amount in excess of THIRTY THOUSAND AND 00/100TH ($30,000.00) DOLLARS, plus costs of this suit.

CARY J. WINTROUB & ASSOCIATES

By: _____
Alexander Lindberg

I.D. # 44667
CARY J. WINTROUB & ASSOCIATES
Attorneys for Plaintiff
10 South LaSalle Street
Suite 2424
Chicago, Illinois 60603
312/726-1021
al@cjwlaw.com

## AFFIDAVIT OF DAMAGES

## SUPREME COURT RULE 222

The undersigned being first duly sworn upon oath, deposes and states that he is the attorney for the plaintiff in the above entitled cause of action seeking money damages, and states that this cause of action **DOES** exceed $30,000.00.

CARY J. WINTROUB & ASSOCIATES

BY: _____
Attorneys for Plaintiff

Subscribed and Sworn to before me

Date: 11/20/20

_____
Notary Public

"OFFICIAL SEAL"
STEPHANIE RIVERA
Notary Public, State of Illinois
My Commission Expires 12/12/2022

I.D. # 44667
CARY J. WINTROUB & ASSOCIATES
Attorneys for Plaintiff
10 South LaSalle Street
Suite 2424
Chicago, Illinois 60603
312/726-1021
al@cjwlaw.com



# Notice of Service of Process

JWG / ALL
Transmittal Number: 22431160
Date Processed: 12/15/2020

| | |
|---|---|
| **Primary Contact:** | Cynthia Bertucci<br>Dollar Tree, Inc.<br>500 Volvo Pkwy<br>Chesapeake, VA 23320-1604 |
| **Electronic copy provided to:** | JJ Jacobson-Allen<br>Heather Hunter |
| **Entity:** | Dollar Tree Stores, Inc.<br>Entity ID Number  3697563 |
| **Entity Served:** | Dollar Tree Stores, Inc |
| **Title of Action:** | Sylvia Gonzalez vs. Dollar Tree Stores, Inc. d/b/a Dollar Tree |
| **Matter Name/ID:** | Sylvia Gonzalez vs. Dollar Tree Stores, Inc. d/b/a Dollar Tree (10740751) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Cook County Circuit Court, IL |
| **Case/Reference No:** | 2020L012661 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 12/15/2020 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Alexander Lindberg<br>312-726-1021 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**Exhibit B**



Office of the Secretary of State Jesse White

**CYBER**DRIVEILLINOIS.COM

# Corporation/LLC Search/Certificate of Good Standing

## Corporation File Detail Report

| | |
|---|---|
| File Number | 58239232 |
| Entity Name | DOLLAR TREE STORES, INC. |
| Status | ACTIVE |

### Entity Information

**Entity Type**
CORPORATION

**Type of Corp**
FOREIGN BCA

**Qualification Date (Foreign)**
Monday, 13 March 1995

**State**
VIRGINIA

**Exhibit C**

Duration Date
PERPETUAL

## Agent Information

Name
ILLINOIS CORPORATION SERVICE C

Address
801 ADLAI STEVENSON DRIVE
SPRINGFIELD , IL 62703

Change Date
Tuesday, 13 June 2017

## Annual Report

Filing Date
Monday, 22 June 2020

For Year
2020

## Officers

President
Name & Address
MIKE WITYNSKI 500 VOLVO PARKWAY CHESAPEAKE VA 23320

Secretary
Name & Address
WILLIAM A OLD JR. SAME

## Assumed Name

INACTIVE
DOLLAR BILL$

INACTIVE
DEAL$

Return to Search

File Annual Report

Adopting Assumed Name

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.

Mon Dec 21 2020

# Entity Information

## Entity Information

| | |
|---|---|
| Entity Name: | DOLLAR TREE STORES, INC. |
| Entity ID: | 02938496 |
| Entity Type: | Stock Corporation |
| Entity Status: | **Active** |
| Formation Date: | 10/15/1986 |
| Reason for Status: | Active and In Good Standing |
| VA Qualification Date: | 10/15/1986 |
| Status Date: | 12/01/2004 |
| Industry Code: | 0 - General |
| Period of Duration: | Perpetual |
| Jurisdiction: | VA |
| Annual Report Due Date: | N/A |
| Registration Fee Due Date: | Not Required |
| Charter Fee: | $0.00 |

## Registered Agent Information

| | |
|---|---|
| RA Type: | Entity |
| Locality: | RICHMOND CITY |

**Exhibit D**

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)   Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.facebook.com/VirginiaStateCorporationCommission) (https://twitter.com/VAStateCorpComm)

RA Qualification: BUSINESS ENTITY IS NOT AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA

Name: CORPORATION SERVICE COMPANY
Registered Office Address: 100 Shockoe Slip Fl 2, Richmond, VA, 23219 - 4100, USA

### Principal Office Address

Address: 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA

### Principal Information

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| Assistant Secretary | No | CYNTHIA BERTUCCI | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | DEBORAH MILLER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chief Executive Officer | Yes | KEVIN S. WAMPLER | 500 VOLVO PARKWAY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| President, Chief Executive Officer | Yes | MICHAEL WITYNSKI | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President, Treasurer, Assistant Secretary | No | ROGER DEAN | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Deputy General Counsel | No | BETH BERMAN | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx) | Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx)

| | | | (https://www.facebook.com/VirginiaStateCorporationCommission) | (https://twitter.com/VAStateCorpComm) | |
|---|---|---|---|---|---|
| **Title** | **Director** | **Name** | | **Address** | **Last Updated** |
| Chief Human Resources Officer | No | BETTY CLICK | | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chair | No | BOB SASSER | | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Zone Vice President | No | BRIAN PRETTYMAN | | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | BRUCE PAOLINI | | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chief Development Officer | No | BRUCE WALTERS | | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | CHRISTOPHER TEETER | | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Senior Vice President | No | CHRISTOPHER WILLIAMS | | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Assistant Secretary | No | CLINTON J. YORK | | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chief Strategy Officer | No | DAVID JACOBS | | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | DAVID JEWELL | | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Zone Vice President | No | DAWN MARTINEZ | | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)   Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.facebook.com/VirginiaStateCorporationCommission)    (https://twitter.com/VAStateCorpComm)

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| Zone Vice President | No | DOUGLAS YOST | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | JONATHAN L. ELDER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chief Information Officer | No | JOSHUA R. JEWETT | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Senior Vice President, Controller and Assistant Secretary | No | KATHLEEN MALLAS | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Deputy General Counsel | No | KAY STOCKWELL | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | KEITH ZANNI | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | LEONEL ANGUIANO | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | MICHEAL HENDRICKS | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | MIKE PROFFIT | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Senior Vice President | No | PATRICK MULLARKEY | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Zone Vice President | No | PETER BARNETT | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)    Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.facebook.com/VirginiaStateCorporationCommission)    (https://twitter.com/VAStateCorpComm)

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| Vice President | No | RANDY GUILER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chief Merchandising Officer | No | RICHARD MCNEELY | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | ROBERT GANTT | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Senior Vice President | No | ROBERT OBEROSLER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | ROBERT THOMSON | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Zone Vice President | No | RUSS HARDEN | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | RYAN HILL | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | SCOTT KERN | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Assistant Secretary | No | SHAWNTA TOTTEN-MEDLEY | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Senior Vice President | No | STEVE FARRELL | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Vice President | No | STEVEN SCHUMACHER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)    Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.facebook.com/VirginiaStateCorporationCommission) (https://twitter.com/VAStateCorpComm)

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| Vice President | No | SUZAN KAUFMAN | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Senior Vice President | No | THOMAS MCALOON | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Senior Vice President | No | TODD LITTLER | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chief Operating Officer | No | TOM O'BOYLE | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Zone Vice President | No | VIRGINIA CHASE | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |
| Chief Legal Officer, General Counsel and Corporate Secretary | No | WILLIAM A. OLD. JR. | 500 VOLVO PKWY, CHESAPEAKE, VA, 23320 - 0000, USA | 09/29/2020 |

Current Shares

Total Shares: 5000

Filing History     RA History     Name History     Previous Registrations     Garnishment Designees     Image Request

Back    Return to Search    Return to Results

Back to Login

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx) | Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.facebook.com/VirginiaStateCorporationCommission)  (https://twitter.com/VAStateCorpComm)

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx) | Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx)